# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LIBERTY BOND SERVICES, now known as LIBERTY MUTUAL SURETY, an operating division of LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>JENNIFER ANN WENGER, aka JENNIFER A. NEALE, aka JENNIFER WENGER-NEALE, an individual, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No: SA CV 06-382 JVS (MLGx)<br><br>Honorable James V. Selna<br><br>**JUDGMENT** |

JUDGMENT is hereby entered against Defendant Jennifer Ann Wenger, aka Jennifer A. Neale, aka Jennifer Wenger-Neale, in favor of Plaintiff Liberty Mutual Insurance Company in the amount of Six Hundred Eighteen Thousand, Two Hundred Thirty-Two Dollars and Seventeen Cents ($618,232.17).

IT IS SO ORDERED

Dated:  March 10, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　
Honorable James V. Selna
United States District Court Judge